# CITY OF AMMON
# BONNEVILLE COUNTY, IDAHO

## ORDINANCE NO: 598

```
Instrument # 1572109
Bonneville County, Idaho Falls, Idaho
01/04/2018 04:12:28 PM   No. of Pages: 4
Recorded for: CITY OF AMMON
Penny Manning  Fee: $0.00
Ex-Officio Recorder  Deputy _____
Index to: ORDINANCE
```

AN ORDINANCE OF THE CITY OF AMMON, OF THE STATE OF IDAHO, AMENDING AND ADOPTING TITLE X, PLANNING AND ZONING; CHAPTER 2, ADOPTING NEW DEFINITIONS; CHAPTER 4, AMENDMENTS; CHAPTER 5, SUPPLEMENTAL REGULATIONS; CHAPTER 7, SPECIAL PROVISIONS APPLYING TO MISCELLANEOUS USES; CHAPTER 9, BOARD OF ADJUSTMENT; CHAPTER 16, R2-A RESIDENCE ZONE; CHAPTER 18, R3-A RESIDENCE ZONE; CHAPTER 29, SUBDIVISION REGULATIONS; CHAPTER 31, PROFESSIONAL BUSINESS OFFICE ZONE; PROVIDING FOR SEVERABILITY; REPEALING CONFLICTING ORDINANCES AND PROVIDING AN EFFECTIVE DATE.

BE IT ORDAINED BY THE MAYOR AND CITY COUNCIL OF THE CITY OF AMMON, IDAHO THAT:

### Section 1. Chapter 2, Definitions

Title X, Chapter 2 of the City Code of Ammon, the following definitions shall be added to read as follows:

**Mortuaries, Funeral Parlors, Crematory:** An establishment where the dead are prepared for burial or cremated, where the body may be viewed, and where funeral services are sometimes held.

**Foster Family Care Homes:** For the purpose of the Ammon City Code Foster Family Care Homes shall be defined as a location within the City where a minor or minors have been placed in a ward, group home, private home or any other facility approved as an Idaho State-certified foster caregiver. This term shall not be construed to limit or restrict people within residential zones from serving as foster parents in their own home or residence.

**Single Family Group Homes:** For the purpose of the Ammon City Code a Group Home in any single family residential zone shall be allowed pursuant to the requirement of the Idaho State Code 67-6531. Any group home operated within the City of Ammon shall comply with all the requirements and conditions of the Idaho State Code.

### Section 2. Chapter 4, Amendments

Title X, Chapter 4, Section 1 of the City Code of Ammon, shall be amended to read as follows:
ORDINANCE AND MAP MAY BE AMENDED: This zoning ordinance, including the map, may be amended, supplemented, changed or modified from time to time, but all proposed amendments shall be submitted first to the Planning Commission for its recommendations, which recommendations shall be submitted to the City Council for its consideration.

The official zoning map of the City shall be amended after any re-zone, annexation or other change to this title that may affect the official zoning map. It shall be the policy of the City to display and have available the most up to date zoning map as possible. Any change to the official zoning map shall be considered adopted after any ordinance effecting this Title as it relates to the official zoning map of the City has been published.

Title X, Chapter 4, Section 4 of the City Code of Ammon, shall be amended to read as follows:

PUBLIC HEARING REQUIRED BY CITY COUNCIL–NOTICE: Amendments to the ordinances of this title, the zoning map, the long range plan or long range planning map may be adopted only after a public hearing has been held in relation thereto by the City Planning and Zoning Commission with recommendations made by the Commission to the City Council. Notice of the time and place of such hearing shall be published in the official newspaper of the city as provided

in Section 67-6509 of the Idaho Code and in addition thereto in the case of a zoning district boundary change or annexation, additional notice shall be provided by mail to property owners or purchasers of record within the land being considered and within 500 feet of the external boundaries of the land being considered. The City Council as the governing board may in its discretion conduct at least one (1) public hearing in addition to the public hearing conducted by the Commission under the same notice and hearing procedures as herein provided. The governing board may act upon the recommendation of the Planning and Zoning Commission or as it determines, order an additional hearing and may then act using evidence provided by the Commission and information provided at a City Council hearing. As the governing board they may adopt, reject, repeal or amend the proposed zoning or map ordinance amendments.

### Section 3. Chapter 5, Supplemental Regulations to Zones

Title X, Chapter 5, Section 23, Subsection I, of the City Code of Ammon shall be amended to read as follows:

Size of Parking Spaces.

No off-street parking space shall have dimensions of less than nine (9) feet in width and eighteen (18) feet, in length. The size of a required parking space shall be determined by City policy 50-003 as standards adopted by the City of Ammon. No part of the area of a required parking space shall be used for driveways, aisles or other required improvements. Stalls under the minimum size shall not be included in the calculation for

Title X, Chapter 5, Section 26 of the City Code of Ammon shall be amended to read as follows:

Zoning Use Table: Uses are shown by zone as allowed, not allowed (NA) or allowed (A) by conditional use permit (CUP) or master plan approval (MP).

### Section 4. Chapter 7, Special Provisions Applying to Miscellaneous Uses

Title X, Chapter 7, Section 5 of the City Code of Ammon shall be amended to read as follows:

CEMETERIES, MAUSOLEUMS, AND COLUMBARIA: No cemetery, mausoleum, or columbarium shall be established or enlarged until a valid conditional use permit has first been granted by the Board of Adjustment. The Board of Adjustment may require that the application for said conditional use permit include maps, names and addresses, etc., for an area within a radius of two thousand (2,000) feet of the exterior boundaries of the cemetery, and such other information as it deems necessary. Said required information shall include proof of compliance with State law dealing with development and maintenance of cemeteries.

Title X, Chapter 7, Section 7 of the City Code of Ammon shall be amended to read as follows:

MORTUARIES, CREMATORY AND FUNERAL HOMES. A conditional use permit shall be required for the establishment or enlargement of a mortuary, crematory or funeral home as required by Chapter 18 of this Code. In establishing the requirements for such uses, the Board of Adjustment shall consider, among other criteria, the following: Whenever possible, such uses shall be located on a major street.

(A) Such uses should be located as to not inhibit or deter proper development of nearby property.

(B) The site should be of ample size to allow for the makeup of funeral processions, as well as to provide the required off-street parking and loading facilities and landscaping.

(C) The design of vehicular access to and from the site should conform to accepted traffic engineering practices so as to minimize traffic congestion on the adjoining streets.

(D) The design of vehicular access to and from the site should conform to accepted traffic engineering practices so as to minimize traffic congestion on the adjoining streets.

### Section 5. Chapter 9, Board of Adjustment

Title X, Chapter 9, Section 8, Subsection (C), Item 9 of the City Code of Ammon shall be amended to read as follows:

Authorize a Permit for Mortuaries, Crematories and Funeral Homes. For zones where mortuaries, crematories and funeral homes are permitted only by conditional permit, the Board of Adjustment may authorize the Zoning Administrator to issue a permit for a mortuary, crematory or funeral home, subject to conditions set forth in paragraph 10-7-7 of this ordinance.

Title X, Chapter 9, Section 8, Subsection (C), Item 10 of the City Code of Ammon shall be amended to read as follows:

Authorize a Permit for Cemeteries, Mausoleums, and Columbaria. The Board of Adjustment may authorize the Zoning Administrator to issue a permit for a cemetery, mausoleum or columbarium, subject to conditions set forth in paragraph 10-7-5 of this ordinance.

## Section 6. Chapter 16, R2-A Residence Zone

Title X, Chapter 16, Section 1 of the City Code of Ammon shall be amended to read as follows:

GENERAL OBJECTIVES AND CHARACTERISTICS OF ZONE: The objective in establishing the R2-A Residence Zone is to designate appropriate areas within the City. In order to accomplish the objectives and purposes of this ordinance and to promote the essential characteristics of this zone, the following regulations shall apply in the R2-A Residence Zone (see also §10-5 Supplementary Regulations to Zones, §10-7 Special Provisions Applying to Miscellaneous Uses, and §10-29 Subdivision Regulations).

Title X, Chapter 16, Section 2, Subsection (B) of the City Code of Ammon shall be amended to read as follows:

Assisted Living Centers, Foster family care homes or Convalescent Homes for not more than twenty (20) residents.

Title X, Chapter 16, Section 5, Subsection (B) of the City Code of Ammon shall be amended to read as follows:

Side Yards. Subject to 10-16-5(A), there shall be a side yard on each side of a main building of not less than eight (8) inches for each foot of building height, except that no side yard shall be less than eight (8) feet.

## Section 7. Chapter 18, R3-A Residence Zone

Title X, Chapter 18, Section 2, Subsection (D) of the City Code of Ammon shall be amended to read as follows:

For properties zoned R3-A prior to January 1, 2018, only with no subsequent change to another zone: Mortuaries, crematories and funeral parlors, pursuant to a conditional use permit issued by the Board of Adjustment.

Title X, Chapter 18, Section 5, Subsection (B) of the City Code of Ammon shall be amended to read as follows:

Side Yards. Subject to 10-18A-5(A), there shall be a side yard on each side of a main building of not less than eight (8) inches for each foot of building height, except that no side yard shall be less than eight (8) feet.

## Section 8. Chapter 29, Subdivision Regulations

Title X, Chapter 29, Section 8 of the City Code of Ammon shall be amended to read as follows:

The size of the print to be filed with the City Engineer shall be eighteen (18) inches by twenty-seven (27) inches and the border line of the plat shall be drawn in heavy lines, leaving a space of at least one and one-half (1-1/2) inch margin on the left-hand side of the sheet for binding, and not less than a one-half (1/2) inch margin in from the outside or trim line around the other three (3) sides or edges of the sheet. The plat shall be so drawn that the top of the sheet either faces north or west, preferably north, whichever accommodates the drawing best. The actual map drawn shall be made on a scale not smaller than one hundred (100) feet to one (1) inch and shall clearly show all details; and the workmanship on the finished drawing shall be neat, clean-cut and readable.

## Section 9. Chapter 31, Subdivision Regulations

Title X, Chapter 31, Section 3, Subsection (F) of the City Code of Ammon shall be amended to read as follows:

Mortuaries, Crematories and funeral parlors

## Section 10. Repeal of Conflicting Provisions

All provisions of the current Code or ordinances of the City of Ammon which conflict with the provisions of this ordinance are hereby repealed to the extent of such conflict.

## Section 11. Severability.

This ordinance is hereby declared to be severable. Should any portion of this ordinance be declared invalid by a court of competent jurisdiction, the remaining provisions shall continue in full force and effect and shall be read to carry out the purpose(s) of the ordinance before the declaration of partial invalidity.

**Section 12. Effective Date.**

This ordinance shall be effective upon its passage and publication as provided by law.
Enacted by the City Council as an ordinance of the City of Ammon on the 21st day of December, 2017. Approved by the Mayor on the 21st day of December, 2017.



CITY OF AMMON

Dana Kirkham, Mayor

ATTEST:

Rachael Sanders, City Clerk

STATE OF IDAHO )
                    ) ss.
County of Bonneville )

I, RACHAEL SANDERS, CITY CLERK OF THE CITY OF AMMON, IDAHO DO HEREBY CERTIFY; That the above and foregoing is a full, true and correct copy of the Ordinance entitled,

**AN ORDINANCE OF THE CITY OF AMMON, OF THE STATE OF IDAHO, AMENDING AND ADOPTING TITLE X, PLANNING AND ZONING; CHAPTER 2, ADOPTING NEW DEFINITIONS; CHAPTER 4, AMENDMENTS; CHAPTER 5, SUPPLEMENTAL REGULATIONS; CHAPTER 7, SPECIAL PROVISIONS APPLYING TO MISCELLANEOUS USES; CHAPTER 9, BOARD OF ADJUSTMENT; CHAPTER 16, R2-A RESIDENCE ZONE; CHAPTER 18, R3-A RESIDENCE ZONE; CHAPTER 29, SUBDIVISION REGULATIONS; CHAPTER 31, PROFESSIONAL BUSINESS OFFICE ZONE; PROVIDING FOR SEVERABILITY; REPEALING CONFLICTING ORDINANCES AND PROVIDING AN EFFECTIVE DATE.**

DATED this 21ST day of December, 2017.

Rachael Sanders, City Clerk

```
Instrument # 1572110
Bonneville County, Idaho Falls, Idaho
01/04/2018 04:12:28 PM  No. of Pages: 1
Recorded for: CITY OF AMMON
Penny Manning  Fee: $0.00
Ex-Officio Recorder  Deputy _____
Index to: ORDINANCE
```

# CITY OF AMMON
# BONNEVILLE COUNTY, IDAHO

## SUMMARY OF
## ORDINANCE NO: 598

AN ORDINANCE OF THE CITY OF AMMON, OF THE STATE OF IDAHO, AMENDING AND ADOPTING TITLE X, PLANNING AND ZONING; CHAPTER 2, ADOPTING NEW DEFINITIONS; CHAPTER 4, AMENDMENTS; CHAPTER 5, SUPPLEMENTAL REGULATIONS; CHAPTER 7, SPECIAL PROVISIONS APPLYING TO MISCELLANEOUS USES; CHAPTER 9, BOARD OF ADJUSTMENT; CHAPTER 16, R2-A RESIDENCE ZONE; CHAPTER 18, R3-A RESIDENCE ZONE; CHAPTER 29, SUBDIVISION REGULATIONS; CHAPTER 31, PROFESSIONAL BUSINESS OFFICE ZONE; PROVIDING FOR SEVERABILITY; REPEALING CONFLICTING ORDINANCES AND PROVIDING AN EFFECTIVE DATE.

The full text of this ordinance is available at the City Clerk's Office, Ammon City Office, 2135 S Ammon Road, Ammon, Idaho.

ATTEST:

Rachael Sanders, City Clerk

CITY OF AMMON

Dana Kirkham, Mayor

I have reviewed the foregoing summary and believe that it provides a true and complete summary of Ordinance #598 and that the summary provides adequate notice to the public of the contents of this ordinance.

DATED this 21st day of December, 2017.

Scott Hall, City Attorney